CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| LAWANDA PHIPPS, | ) | Civil Action No. 7:12cv401 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| RUBY TUESDAY, INC., | ) | |
| | ) | **By: Samuel G. Wilson** |
| Defendant. | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the defendant's motion for summary judgment is

**GRANTED** and this matter is **STRICKEN** from the court's active docket.

ENTER: February 15, 2013.

_____
UNITED STATES DISTRICT JUDGE