CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAWANDA PHIPPS, | ) | Civil Action No. 7:12cv401 |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| RUBY TUESDAY, INC., | ) | |
| | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendant's motion for summary judgment is **GRANTED** and this matter is **STRICKEN** from the court's active docket.

**ENTER**: February 15, 2013.

_____
UNITED STATES DISTRICT JUDGE